AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Joshua Bryan Jordan, )
*Plaintiff* )
v. ) Civil Action No.   1:14-cv-01092-DCN
Berkeley County Jail; Officer Morton; )
and Officer Gist, )
*Defendants* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Joshua Bryan Jordan, shall take nothing of the defendant, Berkeley County Jail, as to the complaint filed and the action as to this defendant is dismissed without prejudice.

■ other: the plaintiff, Joshua Bryan Jordan, shall take nothing of the defendants, Officer Morton and Officer Gist, as to the complaint filed and the action as to these defendants is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge, presiding.  The Court, in the order dated 5/21/2014, having affirmed the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismissed the action against Berkeley County Jail without prejudice.

■ decided by the Honorable David C. Norton, United States District Judge, presiding.  The Court having affirmed the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, dismissed the action against defendants Officer Morton and Officer Gist with prejudice for failure to prosecute.

Date:   December 9, 2014                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/G. Mills
                                                                                          *Signature of Clerk or Deputy Clerk*